In the Matter of CONTINENTAL INSTRUMENT CORPORATION, Appellant, against FRANK S. HOGAN, as District Attorney of New York County, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

A. & J. CIANCIULLI, INC., Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

ELSE AHL, Respondent, v. JOHN H. EMMERICH, as Executor of JOHN H. EMMERICH, SR., Deceased, Appellant.— Order appealed from modified to provide for open commission, at election of appellant, each side to bear his or her own expense. Costs of this appeal to respondent. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

EASTERN PAPER & BOX CO., INC., Respondent, v. CATZ AMERICAN CO., INC., Appellant. GEORGE T. DOOLEY, Respondent, v. CATZ AMERICAN CO., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

ASTA BISHOP, Respondent, v. CLENEN J. BISHOP, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

ELIZABETH PLOHN, Respondent, v. CHARLES PLOHN, Appellant. ADRIAN P. BURKE, Referee.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

ELIZABETH PLOHN, Respondent, v. CHARLES PLOHN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

ELIZABETH PLOHN, Respondent, v. CHARLES PLOHN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

In the Matter of REGINA BRAND, Respondent. MARTHA BRAND et al., as Trustees, Appellants. REGINA BRAND, Respondent, v. MARTHA BRAND et al., Appellants.— Order appealed from reversed and motion for a stay granted. Orderly procedure requires a trial and determination of the action before the accounting proceeding is heard. The one is based upon the claimed invalidity of the trust and the other upon its presumed validity. The issue of the validity of the trust should be first determined. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.